UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DENNIS SUMLIN, on behalf of himself and all others similarly situated,

        Plaintiffs,

        v.

Wolverine World Wide, Inc.

        Defendant.

------------------------------------- x

Case no.1:24-cv-7567-PAE

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: April 1, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

GRANTED.

SO ORDERED.

*/s/ Asher H. Cohen*
By: Asher H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: +1 (718) 914-9694
Email: acohen@ealg.law

_____
PAUL A. ENGELMAYER
United States District ~~Judge~~

April 2, 2025
New York, New York